Ida T. RUDE, Sarett Rude Tobias and Jacob J. Lieberman, as Executor of the Last Will and Testament of I. Rude, Deceased, Appellants, v. R. E. COLLINS, George R. Reilly, Harry B. Riley, Fred S. Stewart and William C. Bonelli, as Members of the State Board of Equalization of the State of California, Appellees.

No. 9795.

Circuit Court of Appeals, Ninth Circuit.

Aug. 18, 1941.

P. N. McCloskey, Fred Horowitz, and Jacob J. Lieberman, all of Los Angeles, Cal., for appellants.

Earl Warren, Atty. Gen., and J. Albert Hutchinson, Deputy Atty. Gen., for appellees.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon consideration of the consent of appellants to the dismissal of the appeal herein, and good cause therefor appearing, it is ordered that the appeal in this cause be, and hereby is, dismissed, without costs to any party, that a decree be filed and entered accordingly, and mandate of this court issue forthwith.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. The LEOPOLD COMPANY.

No. 12043.

Circuit Court of Appeals, Eighth Circuit.

June 16, 1941.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, and Laurence A. Knapp, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

Clark, Pryor, Hale & Plock, of Burlington, Iowa, for respondent.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, etc., pursuant to petition for enforcement, stipulation and consent.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. OZAN LUMBER COMPANY.

No. 12041.

Circuit Court of Appeals, Eighth Circuit.

June 16, 1941.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, and Laurence A. Knapp, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

McRae & Tompkins, of Prescott, Ark., for respondent.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, etc., pursuant to petition for enforcement, stipulation and consent.

Albert ROLOFF, Appellant, v. UNITED STATES of America.

No. 12035.

Circuit Court of Appeals, Eighth Circuit.

June 9, 1941.

R. P. Roedell and Richard Roedell, both of Dubuque, Iowa, for appellant.

Tobias E. Diamond, U. S. Atty., of Sheldon, Iowa, and Leo F. Tierney, Sp. Asst. to Atty. Gen., for appellee.

PER CURIAM.

Appeal from United States District Court dismissed on motion of appellant and consent of appellee, without costs to either party in this court. Defendant ordered to surrender to custody, etc.